NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1514

SAMSUNG ELECTRONICS CO., LTD.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SHARP CORPORATION, SHARP ELECTRONICS CORPORATION,
and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,

Intervenors.

- - - - - - - - - - - - - - - - - - - - - -

2009-1520

SHARP CORPORATION, SHARP ELECTRONICS CORPORATION,
and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SAMSUNG ELECTRONICS CO., LTD.,

Intervenor.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-631.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Samsung Electronics Co., Ltd. moves without opposition for leave to intervene in 2009-1520. We construe Sharp Corporation et al.'s letter as an unopposed motion to consolidate the above-captioned appeals. The International Trade Commission requests that the cases be treated as companion cases.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to intervene is granted. The revised official caption in 2009-1520 is reflected above.

(2) The motion to consolidate is denied. The cases shall be treated as companion cases, i.e., they will be argued consecutively before the same merits panel.

FOR THE COURT

SEP 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Clint A. Gerdine, Esq.
Alan Cope Johnston, Esq.
Ruffin B. Cordell, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 8 2009

JAN HORBALY
CLERK

2009-1514, 1520                         2